TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
DENNISE D. WILLETT (Cal. Bar No. 173491)
Assistant United States Attorney
Terrorism and Export Crimes Section
    UNITED STATES COURTHOUSE
    411 WEST FOURTH STREET, SUITE 8000
    SANTA ANA, CALIFORNIA 92701
    Telephone: (714) 338-3540
    Facsimile: (714) 338-3708
    E-mail:   Dennise.Willett@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>    v.<br><br>KEITH PRESTON GARTENLAUB,<br><br>    Defendant/Petitioner. | Nos. CV 20-03711-CAS<br>     SA CR 14-00173-CAS<br><br><u>GOVERNMENT'S OPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE; DECLARATION OF DENNISE D. WILLETT</u> |

Plaintiff/Respondent United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Gabe Podesta, hereby files its opposed <u>ex parte</u> application for a court order granting a six-month extension of time, to January 26, 2022, for respondent to file its opposition to the motion to vacate, set aside, or correct sentence filed by Defendant/Petitioner KEITH PRESTON GARTENLAUB.

This application is based upon the attached declaration of undersigned Assistant United States Attorney Dennise D. Willett, the

files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 20, 2021              Respectfully submitted,

                                  TRACY L. WILKISON
                                  Acting United States Attorney

                                  CHRISTOPHER D. GRIGG
                                  Assistant United States Attorney
                                  Chief, National Security Division


                                        /s/
                                  DENNISE D. WILLETT
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**DECLARATION OF DENNISE D. WILLETT**

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California. I am the attorney handling the preparation of the government's opposition to the motion to vacate, set aside, or correct sentence filed by Defendant/Petitioner Keith Preston Gartenlaub ("petitioner") in Gartenlaub v. United States, Case No. CV 20-03711-CAS and United States v. Gartenlaub, Case No. SA CR 14-00173-CAS. I make this declaration in support of the government's ex parte application for an extension of time to file its opposition.

2. On April 22, 2020, petitioner filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (the "Petition"). (CV Dkt. 1; CR Dkt. No. 254[1]). Petitioner alleges that findings by the Department of Justice Office of the Inspector General ("OIG") in unrelated cases suggest that the government may have violated its internal policies and procedures during the course of the investigation that gave rise to petitioner's prosecution, conviction, and sentence. (See, e.g., Petition at 20 (contending that an OIG report and memorandum suggest a "high likelihood" of a lack of diligence and accuracy on the part of the government in this investigation).) Petitioner acknowledges that the OIG review documented in the report and memorandum did not include the application the government submitted to the Foreign Intelligence Surveillance Court ("FISC") in this investigation. (See id. at 16 (noting that the OIG report related to the "Carter Page" case and

---

[1] Docket citations to Gartenlaub v. United States, Case No. CV 20-03711-CAS are denoted by "CV." Docket citations to the underlying criminal case United States v. Gartenlaub, Case No. SA CR 14-00173-CAS are denoted by "CR."

that the OIG memorandum documents a review of applications submitted after charges were filed in this matter).)

3. Petitioner thereafter filed a motion for leave to supplement the Petition. (CV Dkt. 11). In that filing, petitioner provided the Court correspondence between OIG and petitioner. (See id., Exs. C-F.). These materials document petitioner's requests for OIG to review an application submitted to the FISC in the course of the FBI investigation that gave rise to this case. (See id., Ex. D (June 15, 2020 letter from OIG to petitioner describing petitioner's request that the OIG "investigate a Foreign Intelligence Surveillance Act application the government filed as part of its investigation into the theft of material on Boeing's C-17 military transport plane"), Ex. F (August 4, 2020 letter from OIG Oversight and Review Division to petitioner's counsel referencing "the allegations [he] presented").) In filing these materials, petitioner argued that the Court should consider the correspondence, and the fact that petitioner and others sought a government investigation by OIG, in evaluating the Petition. (See id. at 2.)

4. As of July 20, 2021, OIG's review of allegations petitioner presented to it is ongoing and requires additional time to complete. The government cannot be certain when OIG will complete its review but anticipates that it will continue for at least six months. The information petitioner presented to the OIG concerns pleadings the government filed with the Foreign Intelligence Surveillance Court. These pleadings and related documents are classified and must be reviewed in OIG office space and a Sensitive Compartmented Information Facility, which is a dedicated space with limited access to ensure the secure processing of classified materials. The OIG's

review has been affected by the COVID-19 pandemic and the limitations it has created on staff accessing and working in OIG office space. The government submits that the Court should not evaluate the merits of the Petition because it was filed without first permitting OIG to complete their review.

5.  Based on the foregoing, the government applies for a six-month extension of time to file its opposition to the Petition, from on or before Monday, July 26, 2021, to on or before Wednesday, January 26, 2022.  Should the Court grant the government's <u>ex parte</u> application for an extension of time, petitioner's reply brief shall be filed on or before Friday, February 25, 2022.  If the OIG review is not complete on or before Monday, January 26, 2022, the government will notify the Court and defense counsel and propose further revision to the Court's briefing schedule.

6.  Petitioner was released from custody on or about January 30, 2019.  (See Inmate Locator, available at: https://www.bop.gov/inmateloc/ (last visited January 14, 2021).) Accordingly, petitioner will not suffer prejudice by the requested extension of time.

7.  On July 20, 2022, I conferred via email with defense counsel, Tor Eckland, and informed him that the OIG review petitioner requested is ongoing and requires additional time to complete.  Mr. Eckland indicated that petitioner nonetheless opposes the government's request for a six-month extension to file its opposition to the Petition.  Petitioner opposed the government's previous extension request, and at that time providing the following rationale: "[OIG] discovered pervasive errors in the FISA Application process is a new material fact that by itself warrants vacating the

3

conviction or a new trial.  The government repeatedly and falsely asserted that the FISA process was reliable and this goes directly to the reliability and credibility of the government's case and highlights the injustice of the ex parte review of evidence in this case contrary to the constitutional norms of our criminal justice system."

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Trabuco Canyon, California, on July 20, 2021.

                                          /s/
                              DENNISE D. WILLETT
                              Assistant United States Attorney

4