UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-CV-03711-CAS<br>8:14-CR-00173-CAS | Date | July 22, 2021 |
|---|---|---|---|
| Title | KEITH PRESTON GARTENLAUB V. UNITED STATES OF AMERICA | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                                             Not Present

**Proceedings:**     **(In Chambers)** GOVERNMENT'S OPPOSED EX PARTE
APPLICATION FOR EXTENSION OF TIME TO FILE ITS
OPPOSITION TO PETITIONER'S MOTION TO VACATE, SET
ASIDE, OR CORRECT SENTENCE (Dkt. 34, filed July 20, 2021)

The Court is in receipt of the government's *ex parte* application for an extension of time to file its opposition to petitioner Keith Preston Gartenlaub's motion to vacate, set aside, or correct his sentence, brought pursuant to 28 U.S.C. § 2255. Dkt. 34. The government seeks a six-month extension, until January 26, 2022, on the ground that the Department of Justice Office of the Inspector General requires additional time to complete its review of classified pleadings regarding petitioner that were filed by the government before the Foreign Intelligence Surveillance Court. Id. at 2. The government's *ex parte* motion indicates that petitioner opposes the proposed extension. Id. at 3-4.

The Court sets a telephonic status conference regarding the government's *ex parte* application for **Monday, July 26, 2021** at **12:00 pm**. The government's obligation to file its opposition to petitioner's motion is hereby **STAYED**, pending further order of the Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | CMJ | | |