# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KEITH PRESTON GARTENLAUB, | CASE NUMBER |
|---|---|
| PETITIONER | 2:20cv03711CAS / 8:14cr00173CAS |
| v. | |
| UNITED STATES OF AMERICA, | ORDER RE: CERTIFICATE OF APPEALABILITY |
| RESPONDENT. | |

On _____8/22/22_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☒ The Certificate of Appealability is **DENIED** for the following reason(s):
    ☒ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

_____8/24/22_____          _Christina A. Snyder_
Date                                    United States District Judge