UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-3711-CAS | | Date | July 30, 2026 |
|---|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. KEITH PRESTON GARTENLAUB* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b) [57] (Filed July 2, 2026)

Petitioner filed a Motion For Relief From Judgment [57] on July 2, 2026.  In review of the above-referenced closed action, petitioner is represented by counsel.

Pursuant to L.R. 83-2.3.1, whenever a party has appeared by an attorney, the party may not thereafter appear or act pro se, except upon order made by the Court after notice to such attorney and to any other parties who have appeared in the action.

Based on the fact that petitioner is represented by counsel and the Court has not permitted petitioner to act pro se, petitioner's Motion for Relief From Judgment [57] is hereby STRICKEN.

IT IS SO ORDERED.

| | | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | CMJ | |