**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

_____    ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____              _____
*City, State, Zip*                              *E-Mail Address*

_____    _____    _____
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
*List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**