TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief, Criminal Division
IRICEL E. PAYANO (Cal. Bar No. 349141)
Assistant United States Attorney
Post-Conviction & Special Litigation Section
1500 United States Courthouse
312 North Spring Street, Suite 1500
Los Angeles, California 90012
Telephone: (213) 894-3899
Facsimile: (213) 894-0241
Email: Iricel.Payano@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PRESTON GARTENLAUB,<br><br>Defendant/Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent. | No. 2:20-CV-03711-CAS<br>No. 8:14-CR-00173-CAS<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MOTION UNDER RULE 60(b) AND CONTINUE HEARING DATE; DECLARATION OF IRICEL E. PAYANO |

Plaintiff/Respondent United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Iricel E. Payano, hereby applies ex parte for an extension of time to respond to Defendant/Petitioner Keith Preston Gartenlaub's Motion for Relief From Judgment Under Federal Rule of Civil Procedure 60(b) and continue the hearing date in this matter.

///

///

This ex parte application is based upon the attached declaration of Iricel E. Payano.

Dated: September 23, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney
Chief, Criminal Division

/s/
IRICEL E. PAYANO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF IRICEL E. PAYANO**

I, Iricel E. Payano, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I represent plaintiff/respondent United States of America ("plaintiff") in this matter. I make this declaration in support of the government's Ex Parte Application for Extension of Time to Respond to Motion Under Rule 60(b) ("Motion") and continue the hearing date in this matter.

2. On August 13, 2026, Keith Preston Gartenlaub ("defendant") filed a Motion for Relief From Judgment Under Federal Rule of Civil Procedure 60(b) (Dkt. 357.)[1] On September 18, 2026, the Court ordered the government to file a response to the Motion by September 28, 2026 and set a hearing for October 5, 2026. (Dkt. 358.)

3. I have had no prior involvement with this case, which involves extensive motion practice both before and after a jury trial, as well as a direct appeal and multiple post-conviction motions. Responding to the Motion requires that I familiarize myself with the facts, legal issues and procedural history of this case, and develop the government's arguments, which is not feasible to accomplish by the current deadline.

4. By this application, the government respectfully requests that the date by which the government must file its response to the Motion be extended to October 26, 2026, and the hearing be continued to November 2, 2026, for the following reasons:

[1] "Dkt." refers to the Clerk's record in case no. 8:14-cr-00173-CAS and is followed by a docket entry number.

a. Since September 21, 2026, I have been in trial in United States v. Navarro Santiago, CR 8:23-00366-JLS which is expected to continue past the current due date for the government's response to the Motion.

b. In addition, I have the following deadlines and conflicts, among others, between September 28, 2026 and October 26, 2026:

i. United States v. Jose Merlos et al., 2:25-CR-00688-GW, a multi-defendant trial scheduled to begin on October 7, 2026;

ii. United States v. Dalila Gonzalez, 2:25-CR-1026-RGK; trial scheduled to begin on October 13, 2026;

iii. United States v. Nerohill, 2:24-CR-00551-AB; sentencing position due on September 25, 2026, sentencing hearing on October 9, 2026;

iv. United States v. Sotello, 5:25-CR-00311-SSS sentencing position due September 25, 2026, sentencing hearing on October 9, 2026;

v. United States v. Patel, 2:25-CR-00032-FLA; sentencing position due on October 23, 2026, sentencing hearing on November 6, 2026;

vi. A sentencing hearing on September 30, 2026 in United States v. Raioaoa, 2:25-CR-0850-AB; and

vii. A sentencing hearing on September 30, 2026 in United States v. Raioaoa, 2:25-CR-0850-AB;

5. For the reasons set forth above, I respectfully request that the Court extend the deadline for the government's response to

October 26, 2026. I further request that the Court continue the hearing from October 5, 2026 to November 2, 2026.

6. This application is not made for purposes of delay or tactical advantage but instead to allow the government adequate time to respond to the Motion.

7. Because defendant is acting pro se, I have not contacted him regarding this application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed at Los Angeles, California.

Dated: September 23, 2026

/s/ *Iricel E. Payano*

IRICEL E. PAYANO
Assistant United States Attorney