TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief, Criminal Division
IRICEL E. PAYANO (Cal. Bar No. 349141)
Assistant United States Attorney
Post-Conviction & Special Litigation Section
1500 United States Courthouse
312 North Spring Street, Suite 1500
Los Angeles, California 90012
Telephone: (213) 894-3899
Facsimile: (213) 894-0241
Email: Iricel.Payano@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEITH PRESTON GARTENLAUB,

Defendant/Petitioner,

v.

UNITED STATES OF AMERICA,

Plaintiff/Respondent.

No. 2:20-CV-03711-CAS
No. 8:14-CR-00173-CAS

[PROPOSED] ORDER EXTENDING PAINTIFF/RESPONDENT'S DEADLINE TO FILE RESPONSE TO DEFENDANT/PETITIONER'S MOTION UNDER RULE 60(b) AND CONTINUING HEARING

**CURRENT HEARING DATE: 10/5/26**
**[PROPOSED] NEW HEARING DATE: 11/2/26**

Having reviewed Plaintiff/Respondent United States of America's Ex Parte Application for an order extending the deadline for the government's response to Defendant/Petitioner Keith Preston Gartenlaub's Motion for Relief From Judgment Under Federal Rule of Civil Procedure 60(b) ("Motion") (Docket No. 357)and finding that it establishes good cause, IT IS HEREBY ORDERED THAT:

The deadline for Plaintiff/Respondent to file a response to the

///

Motion is extended to October 26, 2026.

The hearing in this matter is continued from October 5, 2026 to November 2, 2026.

IT IS SO ORDERED.

DATED: September __, 2026

_________________________________
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Presented by:

/s/
___________________________
IRICEL E. PAYANO
Assistant United States Attorney