UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-03711-CAS<br>8:14-cr-00173-CAS | Date | October 20, 2026 |
| Title | Keith Preston Gartenlaub v. United States of America | | |

Present: The Honorable CHRISTINA A. SNYDER

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF QUALIFIED CJA COUNSEL PURSUANT TO 18 U.S.C. § 3006A(A)(2)(B) (Dkt. 69, filed September 26, 2026)

## I. INTRODUCTION

The Court finds that the instant motion is appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. Accordingly, the matter is hereby taken under submission.

On December 10, 2015, a jury convicted petitioner Keith Preston Gartenlaub ("Gartenlaub") of knowingly receiving and attempting to receive child pornography under 18 U.S.C. § 2252A(a)(2)(A), (b)(1), and of knowingly possessing child pornography involving a prepubescent minor and a minor under twelve under 18 U.S.C. § 2252A(a)(5)(b), (b)(2). USA v. Gartenlaub, No. 8:14-cr-00173 ("CR"), Dkt. 159 (C.D. Cal. Dec. 10, 2015). Prior to sentencing, the Court vacated defendant's conviction for receipt of child pornography on the grounds that it was "multiplicitous." CR Dkts. 207, 210. On February 8, 2017, Gartenlaub filed an appeal of his conviction before the Ninth Circuit. See Appellant's Opening Brief, USA v. Gartenlaub, No. 16-50339, Dkt. 31 (9th Cir. Feb. 8, 2017). On October 2, 2018, the Ninth Circuit affirmed Gartenlaub's conviction. United States v. Gartenlaub, 751 F. App'x 998, 999 (9th Cir. 2018).

On April 22, 2020, Gartenlaub filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, seeking to vacate his conviction for knowingly possessing child

pornography under 18 U.S.C. § 2252A(a)(5)(b), (b)(2), or, in the alternative, for the Court to grant a new trial or vacate his life term of supervised release. See Dkt. 1-1 ("Habeas Petition"). On August 5, 2022, the Court denied the habeas petition. Dkt. 46 ("Habeas Order"). On December 5, 2024, the Ninth Circuit affirmed the denial. United States v. Gartenlaub, No. 22-55799, 2024 WL 4987258 (9th Cir. Dec. 5, 2024).

On December 10, 2024, Gartenlaub filed an application for leave to file a second or successive § 2255 motion. See Gartenlaub v. United States of America, No. 24-7437, Dkt. 11 (9th Cir. Dec. 10, 2024). On March 18, 2025, the Ninth Circuit denied Gartenlaub's application. See id., Dkt. 17.

On August 13, 2026, Gartenlaub filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) ("Rule 60(b) Motion"). Dkt. 64.[1] On September 18, 2026, the United States filed an *ex parte* application for an extension of time to respond to Gartenlaub's Rule 60(b) motion. Dkt. 67. On September 24, 2026, the Court granted the United States's application and continued the hearing on Gartenlaub's Rule 60(b) motion to November 2, 2026. Dkt. 68.

On September 26, 2026, Gartenlaub filed the instant motion for appointment of qualified CJA counsel, pursuant to 18 U.S.C. § 3006A. Dkt. 69 ("Mot.").[2]

Having carefully considered Gartenlaub's arguments and submissions, the Court finds and concludes as follows.

## II. LEGAL STANDARD

There is no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, appointment of counsel may be authorized at any stage of the proceedings if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). In deciding whether to appoint counsel in a habeas proceeding, courts look to (1) petitioner's ability to articulate his claims *pro se* in light of the

[1] On August 13, 2026, Gartenlaub filed the same motion in his criminal case. See CR Dkt. 357.
[2] On September 26, 2026, Gartenlaub filed the same motion in his criminal case. See CR Dkt. 361.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-03711-CAS<br>8:14-cr-00173-CAS | Date | October 20, 2026 |
| Title | Keith Preston Gartenlaub v. United States of America | | |

complexity of the legal issues involved and (2) his likelihood of success on the merits. See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

## III. DISCUSSION

Gartenlaub seeks the appointment of counsel with respect to his upcoming Rule 60(b) hearing, which is scheduled for November 2, 2026. See Mot. at 1-2. Gartenlaub argues that because the United States plans to file a response to his Rule 60(b) motion, and because the Rule 60(b) motion has been set for hearing, the proceeding has "moved into an active adversarial stage." See id. at 3-4. Gartenlaub argues that appointed counsel can assist by "focusing the briefing and hearing" and facilitating "orderly adjudication" after the government has filed its opposition. Id. at 5. Gartenlaub argues that he is financially unable to obtain qualified representation and he represents that he will promptly submit a current financial affidavit if so requested by the Court. Id. at 6.

At this stage, it appears unlikely that Gartenlaub will prevail on his Rule 60(b) motion. His motion is likely either (1) a second or successive habeas petition or (2) an unsuccessful Rule 60(b) motion for relief. Accordingly, the Court does not believe it is appropriate to appoint counsel to represent Gartenlaub at the November 2, 2026 hearing. However, the Court does find it appropriate to appoint counsel to advise Gartenlaub of his rights and of the merits of his pending Rule 60(b) motion.

Accordingly, the Court **GRANTS** the motion in part and **ORDERS** appointment of CJA counsel for the limited purpose of advising Gartenlaub on his rights with respect to his habeas proceedings and the merits of his pending Rule 60(b) motion. The Court hereby **VACATES** the October 26, 2026 hearing on the instant motion.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 00 | : | 00 |
| Initials of Preparer | CMJ | | |